# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

OMAR GERRERO,

    Plaintiff,

v.                                            Case No.  8:08-cv-1391-T-30AEP

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Defendant's Unopposed Motion to Dismiss for Mootness (Dkt. #47).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Dismiss for Mootness (Dkt. #47) is GRANTED.

2. This cause is dismissed.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 10, 2011.

                                                JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-1391.dismiss 47.wpd